Case 5:05-cv-00737-PVT   Document 21   Filed 06/13/2006   Page 1 of 3

1   TODD B. GARY, SBN 161015
    MORALES & GARY
2   2300 Contra Costa Blvd., Suite 310
    Pleasant Hill, California 94523
3   Telephone: (925) 288-1776

4   Attorneys for Defendant
    CHEVAR, L.P.

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10

11  NICOLE MOSS, an individual; and            CASE NO.: C05-00737 PVT
    DISABILITY RIGHTS, ENFORCEMENT,
    EDUCATION, SERVICES: HELPING YOU      JOINT STIPULATION AND
12  HELP OTHERS, a California public benefit   [PROPOSED] ORDER VACATING
    corporation,                              PRE-TRIAL CONFERENCE AND
13                                            TRIAL AND SETTING OSC RE
                                              DISMISSAL
14          Plaintiff,

15  vs.                                       Pre-Trial Conference Date: 6/13/2006
                                              Dept.:      5
16  PEARL RESTAURANT; CHEVAR, L.P.;           Time:       2:00 p.m.
    and KIE WAI LAI an individual dba PEARL
17  RESTAURANT,                               Trial Date:   June 26, 2006
                                              Dept.:        5
18          Defendants.                       Time:         9:30 a.m.

19

20

21          TO THE COURT AND ALL PARTIES HEREIN:

22          WHEREAS, this matter has settled globally, and the parties are awaiting final signatures on

23  the settlement agreement;

24          WHEREAS, a Pre-Trial Conference is currently scheduled for June 13, 2006 at 2:00 p.m. in

25  Department 5 of this court, and Trial is currently set for June 26, 2006 at 9:30 a.m. in Department 5

26  of this court;

27          THEREFORE, the parties hereby stipulate to and respectfully request that the Court vacate

28  the current Pre-trial Conference and Trial dates, and set an Order to Show Cause re Dismissal 60

                                            -1-

Case 5:05-cv-00737-PVT   Document 22   Filed 06/13/06   Page 2 of 3

06/13/2006  11:33   8314250159                 BOROFF  JENSEN  ET  AL          PAGE  02/02
Case 5:05-cv-00737-PVT   Document 21   Filed 06/13/2006   Page 2 of 3
06/13/2006  12:24 FAX 925 288 0273      MORALES & GARY                    Ø003/003

1   days out (or on such other schedule consistent with the Court's calendar)

2         IT IS SO STIPULATED.

3   Dated: June _13_, 2006                          MORALES & GARY

4

5                                                   By:_____

6                                                        Todd B. Gary
                                                    Attorneys for Chevar, L.P.
7

8   Dated: June _12_, 2006

9                                                   LAW OFFICE OF LESLEY HARRIS

10                                                  BY:_____

11                                                       Lesley B. Harris
                                                    Attorney for Defendants Kie Wai Lai, dba
12                                                         Pearl Restaurant

13  Dated: June _____, 2006

14                                                  THOMAS E. FRANKOVICH, APC

15

16                                                  BY:_____

17                                                       Jennifer Steneberg
                                                    Attorney for Plaintiff, Nicole Moss
18

19        WHEREFORE, IT IS HEREBY ORDERED THAT, the Pre-Trial Conference set for June

20  13, 2006, at 2:00 p.m. in Department 5 of this Court, and the Trial set for June 26, 2006, at 9:30 a.m.

21  in Department 5 of this Court, are both hereby vacated.  An OSC re Dismissal is hereby set for

22  _Aug. 8___, 2006, at _10:00_ a.m., in Department 5.

23  Dated: June _13_, 2006

24

25

26                                                  _____
                                                    JUDGE OF THE DISTRICT COURT
27

28  S:\D...e4\VC9320\stip to vacate trial.wpd

                                          -2-

    JOINT STIPULATION AND                                      CASE NO.:  C05-00737 PVT
    PROPOSED ORDER

Case 5:05-cv-00737-PVT   Document 22   Filed 06/13/06   Page 3 of 3

06/13/2006   12:48   4156749900                                    PAGE  02/02
06/13/2006 12:23 FAX 925 788 0278   PVT   MORALES GARY   Filed 06/13/2006   Page 3 of 3003/003

1   days out (or on such other schedule consistent with the Court's calendar)

2        IT IS SO STIPULATED.

3   Dated: June _____, 2006                     MORALES & GARY

4

5                                                By:_____

6                                                     Todd B. Gary
                                                  Attorneys for Chevar, L.P.
7

8   Dated: June _____, 2006

9                                                LAW OFFICE OF LESLEY HARRIS

10                                               BY:_____

11                                                    Lesley B. Harris
12                                               Attorney for Defendants Kie Wai Lai, dba
                                                      Pearl Restaurant

13  Dated: June 13, 2006

14                                               THOMAS E. FRANKOVICH, APC

15

16                                               BY:_____

17                                                    Jennifer Steneberg
                                                 Attorney for Plaintiff, Nicole Moss
18

19        WHEREFORE, IT IS HEREBY ORDERED THAT, the Pre-Trial Conference set for June

20  13, 2006, at 2:00 p.m. in Department 5 of this Court, and the Trial set for June 26, 2006, at 9:30 a.m.

21  in Department 5 of this Court, are both hereby vacated.  An OSC re Dismissal is hereby set for

22  _____, 2006, at _____ a.m., in Department 5.

23  Dated: June _____, 2006

24

25

26                                               _____
                                                 JUDGE OF THE DISTRICT COURT
27

28  F:\Data\RV CFS32\stip to vacate trial.wpd

                                              -2-

    JOINT STIPULATION AND                        CASE NO.:  C05-00737 PVT
    PROPOSED ORDER