1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900

5

6  Attorneys for Plaintiffs NICOLE MOSS
   and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 NICOLE MOSS, an individual; and          )   CASE NO. C05-0737 PVT
   DISABILITY RIGHTS, ENFORCEMENT,)
11 EDUCATION, SERVICES: HELPING             )   STIPULATION OF DISMISSAL AND
   YOU HELP OTHERS, a California public     )   [PROPOSED] ORDER THEREON
12 benefit corporation,                     )
                                            )
13         Plaintiffs,                      )
                                            )
14 v.                                       )
                                            )
15 PEARL RESTAURANT; CHEVAR, L.P.;)
   and LAI KIE WAI, an individual dba       )
16 PEARL RESTAURANT,                        )
                                            )
17         Defendants.                      )
   _____          )
18                                          )

19         The parties, by and through their respective counsel, stipulate to dismissal of this

20 action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the

21 Mutual Settlement Agreement and Release ("Agreement"), each party is to bear its own costs and

22 attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over

23 enforcement of the Agreement. *See* Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994)

24 (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

25         Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

26 their designated counsel that the above-captioned action be and hereby is dismissed with

27 prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

28

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: August 4, 2006

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /s/ Jennifer L. Steneberg
Jennifer L. Steneberg
Attorneys for Plaintiffs NICOLE MOSS and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

Dated: July 13, 2006

LAW OFFICES OF LESLEY HARRIS

By: /s/ Lesley B. Harris
Lesley B. Harris
Attorneys for Defendants PEARL RESTAURANT and LAI KIE WAI

Dated: July 31, 2006

MORALES & GARY

By: /s/ Todd B. Gary
Todd B. Gary
Attorneys for Defendant CHEVAR, L.P.

## ORDER

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Mutual Settlement Agreement and Release should such enforcement be necessary.

Dated: 8/4, 2006

*Patricia V. Trumbull*
Honorable Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE